IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KERRY CUMMING,

     Plaintiff,

v.                                      No.1:17-cv-00376 KG-KBM

QUESTA SCHOOLS BOARD OF EDUCATION and
QUESTA INDEPENDENT SCHOOLS,

     Defendants.

## ORDER PERMITTING DEFENDANTS TO
## EXCEED BRIEFING AND EXHIBIT PAGE LIMITS

     THIS COURT, having reviewed Defendants' Unopposed Motion to Exceed Page Limits (Doc. 26), FINDS that good cause exists for the granting of this motion. The motion is well taken and shall be granted.

     IT IS HEREBY ORDERED that the Defendants shall be permitted to exceed the exhibit page limits in their Motion for Summary Judgment in this matter.

_____
UNITED STATES DISTRICT JUDGE

Submitted by,
*Brown Law Firm*

*/s/Desiree D. Gurule, 01/26/18*
Desiree D. Gurule
3777 The American Rd. NW, Suite 100
Albuquerque, NM 87114
Phone: (505) 292-9677


Approved by:

*Electronically Approved, 1/26/18*
Timothy L. White
Valdez and White Law Firm, LLC
P.O. Box 25646
Albuquerque, NM 87125-5646
Phone: (505) 345-0289
Facsimile: (505) 345-2573
[tim@valdezwhite.com](mailto:tim@valdezwhite.com)