IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KERRY CUMMING,

                Plaintiff,

-vs-             NO: 1:17-cv-00376 KG-KBM

QUESTA SCHOOLS BOARD OF EDUCATION and QUESTA
INDEPENDENT SCHOOLS,

                Defendants.

**DEPOSITION OF KERRY CUMMING**

November 27, 2017
9:00 a.m.
3777 The American Road, NW
Albuquerque, New Mexico

    PURSUANT TO THE FEDERAL RULES OF CIVIL
PROCEDURE, this deposition was:

TAKEN BY:  DESIREE GURULE
            ATTORNEY FOR DEFENDANTS

REPORTED BY:  Jan Gibson, CCR, RPR, CRR
               Paul Baca Court Reporters
               500 Fourth Street, NW - Suite 105
               Albuquerque, New Mexico 87102

EXHIBIT D

Page 62

1    A.   Yes.
2    Q.   And where did you mail it from?
3    A.   I assume Edmond.
4    Q.   And going to Page 6 of the application
5    itself, so it would be the seventh page in Exhibit
6    2.  There's a section for notary.
7    A.   Yes.
8    Q.   And did you actually have the document
9    notarized?
10   A.   Yes, I did.
11   Q.   That says it was done in the state of
12   Oklahoma on the 18th of July, 2012; is that right?
13   A.   Yes.
14   Q.   So does that help refresh your memory
15   about where you had this application completed?
16   A.   Yes.  It was in Oklahoma, in Edmond.
17   Q.   All right.  In Edmond.  So at that point
18   had you moved to Taos?
19   A.   I had partially moved to Taos.
20   Q.   What action had you taken to move to Taos
21   at that time?
22   A.   I had moved my pets out there and I had
23   moved a carload of stuff out there.
24   Q.   What kind of pets did you have?
25   A.   Two cats.

Page 63

1    Q.   And was there someone caring for your cats
2    while you were in Edmond?
3    A.   No, I drove back and forth with them.
4    Q.   Now, after you submitted the application
5    to Questa Schools in July of 2012, were you selected
6    for an interview?
7    A.   Yes, I was.
8    Q.   And did you, in fact, interview at Questa
9    Schools?
10   A.   Yes, I did.
11   Q.   And do you know, was there a panel of
12   people on the interview committee or hiring
13   committee?
14   A.   Yes.
15   Q.   And how many people, to your recollection,
16   were there on that committee?
17   A.   There were two administrators, two or
18   three elementary teachers and one parent.
19   Q.   And do you remember their names?
20   A.   Martha Sanchez was the principal for the
21   elementary school, Valerie Trujillo was there as the
22   principal of the high school, and I don't recall any
23   of the teachers' names or the parents'.
24   Q.   Do you remember how many elementary
25   teaching positions Questa had open during that time

Page 64

1    period?
2    A.   They just said elementary teacher.  They
3    didn't specify what or how many.
4    Q.   So at that time that you interviewed at
5    Questa Public Schools, did you have specific
6    knowledge about how many elementary school teaching
7    positions were vacant at the school at that time or
8    at the school district at the time?
9    A.   No, I had no idea.
10   Q.   Apart from your interview, did you have
11   communication with either Martha Sanchez or Valerie
12   Trujillo prior to the interview?
13   A.   Ms. Sanchez called me the day before and
14   asked me to come to the interview.
15   Q.   Did you have any other communications with
16   Ms. Sanchez prior to the interview?
17   A.   I don't recall.  I did call once and asked
18   what the opening was, but I don't know who I spoke
19   to and they didn't know what it was.  So I tried to
20   find out.
21   Q.   Okay.  And after your interview -- let me
22   actually go back.  Did you have any communications
23   before your interview with Valerie Trujillo?
24   A.   No.
25   Q.   Did you have any communications before

Page 65

1    your interview with Roy Herrera?
2    A.   No.
3    Q.   Were you offered a position at the Questa
4    Schools after your interview in 2012?
5    A.   I was offered three different positions.
6    Q.   How did that go?  Let me clarify my
7    question.  Who offered you a position?
8    A.   Mr. Herrera offered me a job at Costilla.
9    Q.   Is that Rio Costilla?
10   A.   Yes, it is.
11   Q.   That's an elementary school, correct?
12   A.   I think it might go through middle school
13   but I'm not sure what grade it goes to.
14   Q.   So a school that goes through elementary
15   to middle school?
16   A.   Maybe.  I'm not sure.
17   Q.   Was that Mr. Roy Herrera?
18   A.   Yes, it was.
19   Q.   Were you offered any other positions at
20   Questa Schools?
21   A.   Yes.  Ms. Sanchez offered me a position
22   teaching third grade at Alta Vista.
23   Q.   When did that occur?
24   A.   On Saturday.  I interviewed on Wednesday,
25   I think, Tuesday or Wednesday, and I talked to

Page 66

1  her -- actually, Friday she did it.  She called me
2  Friday and offered me third grade at Alta Vista.
3  And Saturday she said she had a second option.  I
4  could either have the third grade at Alta Vista or I
5  could teach fourth/fifth/sixth grade math at Alta
6  Vista.
7     Q.  I'm sorry, what was the other option?
8     A.  Fourth, fifth and sixth grade math at Alta
9  Vista and it was my choice.
10    Q.  When did Mr. Roy Herrera offer you a
11 position at Rio Costilla Elementary?
12    A.  He called the day after the interview and
13 Ms. Sanchez was on the line and that's when he
14 offered me a job at Rio Costilla.
15    Q.  And when Ms. Sanchez called you, how many
16 days after your interview had that been?
17    A.  Probably two days.  Excuse me, I want to
18 go back.  Which time that she called?
19    Q.  You said she called you on a Friday and a
20 Saturday, correct?
21    A.  Well, she was on the line with Mr. Herrera
22 when they offered me the Costilla job.  I talked to
23 her the next day on the phone.  Friday she called me
24 back and offered me the third grade job and we met
25 in person in Questa, and then Saturday she called me

Page 67

1  again.
2     Q.  So Friday you met in person?
3     A.  Yes.
4     Q.  Who was present for that meeting?
5     A.  Ms. Sanchez and myself.
6     Q.  Where did you meet her?
7     A.  At Alta Vista Elementary.
8     Q.  When we say Ms. Sanchez, are we referring
9  to Ms. Martha Sanchez?
10    A.  Yes.
11    Q.  Okay.  And during that meeting with
12 Ms. Sanchez when you met in person with her, did you
13 tour the school?
14    A.  Yes.
15    Q.  What was the reason for the tour of the
16 school?
17    A.  Well, she had called me Friday morning and
18 said, "I now have a third grade teaching position
19 open at Alta Vista.  Will you accept this job?"  And
20 I said I would like to meet with her and see the
21 school and ask questions.
22    Q.  And did you do that?
23    A.  Yes, we did.
24    Q.  What questions did you ask?
25    A.  I wanted to just get a feel for the

Page 68

1  culture of the school, how many copies scanners
2  make.  You know, just teacher questions:  How many
3  kids are in the classroom, how long is your plan
4  time.
5     Q.  And during that visit did you discuss the
6  position at Rio Costilla at all?
7     A.  No, that never came up that day.
8     Q.  What else happened during that meeting or
9  visit with Ms. Sanchez?
10    A.  We met in the front door and went inside.
11 It was about 4:30 so there was no one around and she
12 showed me the office and the library and toured
13 through the classrooms.  And she showed me two
14 classrooms that were empty and she said, "One of
15 these will be the third grade classroom."  And she
16 showed me the gym and all around, and I asked her if
17 I could have a few teacher's manuals and she gave me
18 a few teacher's manuals and she went over the
19 professional development schedule for the next week
20 and told me what we would be doing each day for
21 professional development.
22    I asked her if she had a contract and she
23 said I would sign the following week when the
24 teachers all arrived, and I accepted the job and I
25 asked her if it was definite and she said yes.

Page 69

1     Q.  And did you ever confirm that with
2  Mr. Herrera?
3     A.  I had no communication with Mr. Herrera
4  from that one phone call early in the week until
5  Monday when he rescinded my job.  I was only
6  communicating with Ms. Sanchez.
7     Q.  So Mr. Herrera called you the day after
8  your interview; is that right?
9     A.  Yes.
10    Q.  And he offered you a position at Rio
11 Costilla school, correct?
12    A.  Yes.
13    Q.  What was your response to that offer?
14    A.  Well, I was surprised, and I said I didn't
15 know that Costilla was part of Questa, but
16 Ms. Sanchez was on the line so I made arrangements
17 to meet with her the next day and told her I would
18 think about it and she could take me and show me
19 that school and I could check it out.
20    Q.  Which school?
21    A.  Rio Costilla.  I was going to go with her
22 to Rio Costilla.
23    Q.  So you said you would think about
24 accepting the Rio Costilla job?
25    A.  Yes.

Page 82

1    A.  On Friday we talked in person.
2    Q.  That was during the tour of Alta Vista
3  Schools?
4    A.  Uh-huh.
5    Q.  Is that a yes?
6    A.  Yes.
7    Q.  After the conversations on Saturday, were
8  there any further conversations with Ms. Sanchez?
9    A.  Well, she just told me to report to school
10  on Monday.  Friday she told me about the
11  professional development schedule but she hadn't
12  told me anything about it Monday, and when I talked
13  to her on Saturday she told me Monday morning to be
14  at new employee training at 9:00 o'clock at the
15  administrative center or the building, and she told
16  me to also go back into Alta Vista and pick which of
17  the rooms I wanted for third grade before the
18  meeting so she would know.
19    Q.  And that was prior to the new employee
20  training?
21    A.  Yes.  She told me to be there early so I
22  maybe got there at 7:30 or so and the building was
23  open and I went back to those two rooms to decide
24  which one I wanted for my classroom.
25    Q.  Was anybody in the building when you went

Page 83

1  there?
2    A.  When I got into -- there was no one in the
3  office and I sat there a few minutes because I
4  didn't know if I should be walking through the
5  building, but it was open and nobody was in the
6  office and it was dark.  So I walked back to the two
7  rooms and I chose which one I wanted and a couple of
8  men walked in while I was in there.
9    Q.  Did they identify themselves?
10    A.  Not that I recall.  I introduced myself
11  but I don't believe they said their names.
12    Q.  Did they ask why you were there?
13    A.  No, I told them I was the new third grade
14  teacher.
15    Q.  Was there further conversation with these
16  two gentlemen?
17    A.  Well, they just seemed surprised but I
18  didn't say anything because I figured they just
19  hadn't heard that I had just been hired, so I just
20  was pleasant and didn't say anything else.
21    Q.  After that where did you go?
22    A.  I went to the new employee orientation.
23    Q.  What time did you arrive?
24    A.  Sometime before 9:00 o'clock or whenever
25  it started.  I got there -- I was one of the first

Page 84

1  people in the room.
2    Q.  Did you have any conversation with
3  Ms. Sanchez before the new employee orientation
4  began?
5    A.  I didn't see her around at all.
6    Q.  So is that a no?
7    A.  What was the question?
8    Q.  Did you have any conversation with
9  Ms. Sanchez at all before the new employee
10  orientation began?
11    A.  No, I did not.
12    Q.  Did you have any conversation prior to the
13  new employee orientation beginning that day with
14  Mr. Herrera?
15    A.  No.
16    Q.  Did you have any conversation prior to the
17  new employee orientation beginning that day with
18  Ms. Valerie Trujillo?
19    A.  No.
20    Q.  Did the new employee orientation begin at
21  some point that day?
22    A.  Yes.
23    Q.  Did you stay for the entire employee
24  orientation?
25    A.  No.

Page 85

1    Q.  At what time did you leave the
2  orientation?
3    A.  It was around 10:00.  Can I say one thing?
4    Q.  Yes, ma'am.
5    A.  The time the orientation started, I don't
6  remember the exact time but I know I was one of the
7  first ones in the room.  I don't remember exactly
8  but I thought it was 9:00 o'clock.
9    Q.  And you left around 10:00 a.m.?
10    A.  Yes.
11    Q.  What was the reason that you left?
12    A.  Well, Cici Romo came in and walked all the
13  way through the room and told me to gather my things
14  and come see Mr. Herrera.
15    Q.  Cici Romo, you said?
16    A.  Yes.
17    Q.  Who was Cici Romo?
18    A.  I think she was the receptionist.
19    Q.  What happened at the beginning?  How did
20  the orientation begin?
21    A.  Mr. Herrera was in there and he greeted
22  everyone and he was new also, but he had us each
23  stand up and introduce ourselves and what our jobs
24  were, and that's how it started.
25    Q.  And did you stand up?

Page 86

1    A.  Yes, I did.
2    Q.  How did you introduce yourself?
3    A.  I said, "I'm Kerry Cumming and I'm the new
4    third grade teacher at Alta Vista."
5    Q.  And after that what happened?
6    A.  Well, the meeting continued and about
7    10:00 o'clock he turned it over to someone -- it may
8    have been from the State of New Mexico but someone
9    talking about child abuse to go through information.
10   So he left and I stayed and started taking notes on
11   the child abuse information.
12   Q.  All right.  So Mr. Herrera left around
13   10:00 a.m.?
14   A.  I think I was called out about 10:00 a.m.
15   so he probably left earlier than that because we had
16   already gotten into the child abuse talk.
17   Q.  Was Ms. Sanchez at the orientation?
18   A.  No, I didn't see her.
19   Q.  Was Ms. Valerie Trujillo present?
20   A.  I don't recall seeing either of them.
21   Q.  So around 10:00 a.m.?  Or was it before
22   that?
23   A.  I think it was around 10:00 that they came
24   in and asked me to come talk to Mr. Herrera.
25   Q.  That was Ms. Cici Romo?

Page 87

1    A.  Yes.
2    Q.  What was the conversation with her at that
3    time?
4    A.  With Cici?
5    Q.  Yes, ma'am.
6    A.  She just whispered, "Bring your things.
7    Mr. Herrera needs to see you."  Something like that.
8    Q.  Did you go see Mr. Herrera?
9    A.  Yes, I gathered up my things and had to
10   walk across in front of everybody.
11   Q.  And was the orientation held in the
12   administration building?
13   A.  Yes.
14   Q.  Was Mr. Herrera's office located in the
15   administration building?
16   A.  Yes, it was.
17   Q.  Who was present when you met with
18   Mr. Herrera?
19   A.  Just the two of us.
20   Q.  What was the discussion?
21   A.  He said, "I have to rescind your third
22   grade job.  Something's come up."
23   Q.  Did he say anything else?
24   A.  Yes.
25   Q.  What else did he say?

Page 88

1    A.  I asked him some questions.
2    Q.  What questions?
3    A.  I said, "Why?"  And he said, "I can't tell
4    you."
5        And I said, "Have I done something wrong?"
6    And he said, "No."
7        And I said, "Did one of my references say
8    something bad about me?"  And he said no, the
9    problem was on his side.
10       And I said, "Then what is it?"  And he
11   said, "I can't tell you."
12   Q.  Was there any discussion additional to
13   that?
14   A.  Yes.
15   Q.  What was the additional discussion?
16   A.  He offered me Costilla again and I told
17   him I just -- it was too far.  And I said I could
18   have car trouble and he said, "Well, I'll come pick
19   you up."  And I said it just wouldn't work for what
20   I needed, and he said he would write me a reference
21   letter.
22       And I said, "I have plenty of reference
23   letters and you don't even know me."  He said,
24   "You're right.  We'll pay you for one day of work."
25   I just -- I was in tears and I finally just left

Page 89

1    because they wanted me to leave.
2    Q.  Did he tell you he wanted you to leave?
3    A.  No, he was walking me to the door as he
4    told me he would do the reference letter and he
5    would pay me and he was walking me to the door.
6    Q.  Was that after he offered to pick you up
7    if you had car trouble?
8    A.  Say the question again, please.
9    Q.  Was he walking you to the door after he
10   offered to pick you up if you had car trouble?
11   A.  Yes.
12   Q.  And do you need a break?
13   A.  No, I'm fine.
14   Q.  All right.  You said Mr. Herrera had not
15   been with the district very long when you first
16   started there; is that right?
17   A.  He was new.
18   Q.  All right.  I'm going to hand you what we
19   will mark as Exhibit 3 to your deposition.
20       (Note:  Exhibit 3 marked.)
21   Q.  Please look this over and let me know when
22   you have reviewed it and I will ask you some
23   questions.  Have you had time to review this
24   document?
25   A.  Yes, ma'am.

**Page 98**

1  A. I went home and looked it up in the
2  dictionary.
3  Q. And at that point had you actually signed
4  any kind of job offer?
5  A. No.
6  Q. And at the point that you met with
7  Mr. Herrera, had you been offered three positions at
8  Alta Vista?
9  A. One at Costilla, two at Alta Vista.
10 Q. And what happened to the fourth through
11 sixth grade position at Alta Vista?
12 A. I don't know.
13 Q. Did you accept that position?
14 A. No, I was given -- Ms. Sanchez gave me the
15 option of third or fourth, fifth and sixth and I
16 told her I preferred third.
17 ==Q. When you met with Mr. Herrera, did you ask==
18 ==him about the fourth through sixth grade position?==
19 ==A. I didn't.==
20 Q. Looking at Exhibit 6, there's an e-mail
21 after the typed statement or typed letter to the
22 EEOC.
23 A. Yes.
24 Q. This one looks like it's from you to you;
25 is that right?

**Page 99**

1  A. Right. I was just documenting.
2  Q. So is this your timeline of events?
3  A. Yes, it is.
4  Q. And did you write this document?
5  A. I did.
6  Q. And I believe I might be missing some
7  pages. It goes through 4 of 6 on here. Or was this
8  the whole thing?
9  A. I don't recall. I would have to look.
10 Q. Okay.
11 A. And see. It could have been a blank page
12 at the end but I don't know. I would have to check.
13 I'm sorry.
14 Q. That's okay. I'm just trying to see where
15 I'm at here. So at this point, this one is dated
16 August 14, 2012; is that right?
17 A. Yes.
18 Q. Is that the date that you prepared this
19 e-mail?
20 A. I prepared it and I printed it off again,
21 too, because the date is at the bottom.
22 Q. So is that the date that you prepared this
23 e-mail?
24 A. It appears to be. It has the time on it
25 and everything.

**Page 100**

1  Q. Do you have any reason to believe that you
2  did not write this e-mail to yourself on Tuesday,
3  August 14, 2012?
4  A. I don't have any reason.
5  Q. I'm going to hand you what we'll mark as
6  Exhibit 7 to your deposition.
7    (Note: Exhibit 7 marked.)
8  Q. Please review it, let me know when you've
9  reviewed it and I will ask you some questions.
10 A. Yes.
11 Q. Did you prepare this document?
12 A. Yes, I did.
13 Q. And this appears to go from -- it appears
14 to indicate jobs from March of 2012 through
15 5/8/2013; is that correct?
16 A. Yes.
17 Q. Did you prepare this document?
18 A. Yes, I did.
19 Q. All right. On the next page of Exhibit 7
20 on the last entry, 5/8/13, it states, "I have
21 applied for over 50 jobs in six different
22 districts," and the 50 is crossed through and in
23 handwriting there's a 53 written above it. Do you
24 see that?
25 A. Yes, I do.

**Page 101**

1  Q. Did you cross through the number 50?
2  A. As I counted how many there were.
3  Q. So you wrote the number 53 above it?
4  A. Yes.
5  Q. This one also has some handwriting on the
6  first page and it says, "As of 5/8/13."
7  A. Yes.
8  Q. Did you write that?
9  A. Yes, I did.
10 Q. And then the number on top, the top right
11 corner, No. 543-2013-00091, did you write that?
12 A. Yes, I did.
13 Q. And this one also has a date and time
14 stamp and says, "EEOC Albuquerque Area Office
15 Received." I can't read the specific date. Do you
16 know when you submitted this?
17 A. I don't know, but it looks like May 13th
18 to me.
19 Q. Okay.
20 A. I don't have any recollection.
21 Q. Do you believe it would have been around
22 that time that you submitted it?
23 A. Yes, I was trying to communicate my job
24 search.
25 Q. And to your knowledge is this a complete

**Page 134**

1  Exhibit 11 to your deposition.
2      (Note: Exhibit 11 marked.)
3      Q. Please review it, let me know when you
4  have reviewed it and I will ask you some questions.
5      A. Okay.
6      Q. Are you familiar with this packet of
7  documents?
8      A. Yes.
9      Q. To the best of your understanding, what
10 does this packet of documents consist of?
11     A. Another application for an opening in
12 Questa.
13     Q. And did you write this first page?
14     A. Yes, ma'am, I did.
15     Q. And on there there's a handwritten note,
16 top left corner, "Declined 7/2/13, 8:27 a.m."
17     A. Right.
18     Q. Did you decline a position with Questa?
19     A. No, they didn't offer me a position.
20     Q. So is it your testimony that in 2013
21 Questa did not offer you a job?
22     A. Right. They offered me an interview.
23     Q. Okay. And did you decline the interview?
24     A. Yes. I had just gotten the job in Choctaw
25 and was back in Oklahoma and they called me.

**Page 135**

1      Q. I'm going to hand you what we'll mark as
2  Exhibit 12 to your deposition.
3      (Note: Exhibit 12 marked.)
4      Q. Please review it, let me know when you
5  have reviewed it and I will ask you some questions.
6      A. Okay.
7      Q. To the best of your knowledge, what do the
8  documents consist of?
9      A. Well, this is -- this looks like I
10 contacted them and they had advertised a teaching
11 position in October of 2016, so I e-mailed asking
12 the principal what was open and she said she never
13 received my e-mail.
14     Q. And that was Michelle Gonzales?
15     A. That's what it was. She said they had no
16 openings, and then I asked what the grade was, what
17 the vacancy was.
18     Q. All right. And then was there further
19 communication with Valerie Trujillo?
20     A. Just what you see here. I check to see
21 what openings they have and at that time it was a
22 third grade position, but I knew better than to try,
23 but I still dream about it.
24     Q. Did you actually apply for a job with
25 Questa in 2017?

**Page 136**

1      A. No.
2      Q. I will hand you what will be marked as
3  Exhibit 13 to your deposition.
4      (Note: Exhibit 13 marked.)
5      Q. Now, on this set of documents, I don't
6  have a signature or verification sheet for these.
7      MS. GURULE: Do you know if you sent one?
8      MR. WHITE: I don't off the top of my
9  head.
10     A. Go ahead.
11     Q. Have you had time to read it?
12     A. It could take a long time.
13     Q. Please take your time and read through it.
14     A. Okay.
15     Q. Okay. Have you had time to review this?
16     A. I looked over it.
17     Q. Now, these state answers, "Defendant's
18 First Set of Interrogatories to Plaintiff." Did you
19 provide the information in the answers?
20     A. Yes.
21     Q. And is the information contained in these
22 responses true and correct to the best of your
23 knowledge and belief?
24     A. To the best of my knowledge.
25     Q. Now, I would like to ask you about a

**Page 137**

1  couple of them in specific.
2      A. All right.
3      Q. In regard to Interrogatory No. 7, which is
4  labeled as Page 8, it's got a list of employers and
5  it ends with Edmond Public Schools. So after Edmond
6  Public Schools you started working at Jones Public
7  Schools; is that right?
8      A. Right. I just got that after I filled
9  this out.
10     Q. And that's your current employer; is that
11 right?
12     A. Yes.
13     Q. Is the position at Jones Public Schools an
14 elementary teacher?
15     A. Yes, it's third grade.
16     Q. That's right. You said your current
17 salary is approximately $41,500 annually?
18     A. Approximately.
19     Q. And is there a particular school that you
20 work at?
21     A. Jones Elementary School.
22     Q. It's just called Jones Elementary School?
23     A. Yes, there's just one elementary school.
24     Q. Now, going to Interrogatory No. 9 which is
25 labeled as Page 11, on this one it states that you

Page 158

1  Mr. Herrera but a lot of other employees.
2     Q.  And to your knowledge, do any of those
3  interviews pertain to you?
4     A.  Only to establish the overstepping of
5  boundaries of the school board members that was
6  obviously found by the State Department or PED.
7     Q.  And Craig Johnson, is he the PED
8  investigator you were referring to?
9     A.  He wrote an interview and he wrote up his
10 report.
11    Q.  Have you had any direct communication with
12 Craig Johnson in this case?
13    A.  No, I don't think so.  I did write PED
14 asking for help but they never responded so I don't
15 think I wrote to him.  I don't know.  I don't
16 recall.
17    Q.  Do you recall when you wrote to the PED?
18    A.  Before I filed the EEOC report I reached
19 out to -- I wrote to Ms. Sanchez and asked her for
20 an explanation and I contacted the New Mexico
21 Education Association for help and I wrote to PED
22 for help because it was so unusual and extraordinary
23 what happened that I just wanted an explanation.
24    Q.  The next one that you have here is Cici
25 Romo?

Page 159

1     A.  Yes.
2     Q.  And it's spelled C-I-C-Y here.
3     A.  I'm not sure.
4     Q.  Do you think it could be C-I-C-I?
5     A.  It could be.
6     Q.  So one of the --
7     A.  I think I have seen it two different ways.
8  It's the Cici I told you pulled me out of the
9  meeting.
10    Q.  The same Cici Romo that asked you to meet
11 with Mr. Herrera?
12    A.  Yes.
13    Q.  During the new teacher orientation in
14 2012?
15    A.  Yes.
16    Q.  Okay.  And in regard to communications
17 that you had with Ms. Cici Romo, have you had other
18 communications with Ms. Romo other than that
19 discussion or --
20    A.  Yes.
21    Q.  Okay.  What communications have you had
22 with Ms. Romo?
23    A.  The summer of 2013 after the job fell
24 through in 2012, and in the summer of 2013 Questa
25 had a job open and I didn't find out about it on the

Page 160

1  website.  I only found out because there was a
2  little ad in the Taos News.  I applied and Cici
3  called me.
4     Q.  What did she say?
5     A.  She was wanting to set up -- it was
6  several weeks after the deadline for application and
7  she wanted to set up an interview.
8     Q.  And what was your response?
9     A.  I just accepted a job in Oklahoma so I had
10 to turn it down.
11    Q.  So was that --
12    A.  But I knew --
13    Q.  Was that Exhibit 11, the application that
14 you submitted?
15    A.  Let me see.
16    Q.  It will be in your pile there.
17    A.  Eleven?
18    Q.  Yes, ma'am.
19    A.  Yes.  They had a new superintendent.  Yes,
20 this is probably that, and that's why I explained
21 myself, because she didn't know me.
22    Q.  All right.  So you told her that you had
23 already gotten another job?
24    A.  Yeah.  There was such a delay in them
25 contacting me I had already accepted the job at

Page 161

1  Choctaw.  But they didn't offer me the job, they
2  just offered me an interview.
3     Q.  And you declined the interview, correct?
4     A.  Yes, I had already verbally accepted
5  another job and I keep my word the best I can.
6     Q.  Have you had any other communications with
7  Ms. Cici Romo?
8     A.  No.
9     Q.  ==In regard to the person that you believe==
10 ==was hired instead of you in 2012, who do you believe==
11 ==that person is?==
12    A.  ==Well, the EEOC file was the first time I==
13 ==had heard of this person and her name was Lisa Rael.==
14    Q.  Do you know Ms. Rael's age?
15    A.  No, but she's younger than me.  I know
16 that.
17    Q.  How did you come to learn that?
18    A.  The paperwork that went to EEOC, they had
19 to turn in her age.
20    Q.  Prior to that paperwork that you submitted
21 to the EEOC, did you have any knowledge about
22 Ms. Rael's age?
23    A.  No, I didn't even know who she was.
24    Q.  And do you know Ms. Rael's race?
25    A.  Yes, on the EEOC form it said Hispanic.