QUESTA INDEPENDENT SCHOOL DISTRICT
INTERVIEW COMMITTEE RECOMMENDATIONS

DATE: 7/31/12
TO: Roy Herrera, Superintendent
FROM: Martha Sanchez
POSITION: Principal

The interview committee hereby recommends the following persons:

NAME Lisa Rael
(Local)
Strengths: Committed to community - go getter - not afraid to ask questions - communications to parents - TESOL MA Curriculum + Instruction - Reading endorsement.

Weaknesses: limited experience - no bilingual - ~~does have~~ TESOL

NAME Kerry Cumming

Strengths: Years of experience - use of data - big on Math instruction - National Board Certified

Weaknesses: No bilingual - limited computer skills - Little emphasis on other core areas for the exception of Math.

NAME _____

Strengths: _____

Weaknesses: _____

EXHIBIT E

D-3

BLF: CUMMING 000141

NAME_____

Strengths:_____
_____
_____

Weaknesses:_____
_____
_____

NAME_____

Strengths:_____
_____
_____

Weaknesses:_____
_____
_____

We, committee members, hereby concur on the above recommendations and will adhere to maintaining all information confidential: (Signatures Required of Each Member)

_____Martha J. Saiz_____   _7/31/12_
Signature                        Date

_____Connie D Martinez_____   _July 31, 2012_
Signature                        Date

_____Valerie Sigala_____   _7/31/12_
Signature                        Date

_____[illegible]_____   _7/31/12_
Signature                        Date

_____[illegible]_____   _7/31/12_
Signature                        Date

_____   _____
Signature                        Date

BLF: CUMMING 000142