IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KERRY CUMMING,

    Plaintiff,

v.                                                                                           No. 1:17-cv-00376 KG-KBM

QUESTA SCHOOLS BOARD OF EDUCATION and
QUESTA INDEPENDENT SCHOOLS,

    Defendants.

## ORDER GRANTING MOTION TO EXCEED PAGE LIMITS

THIS MATTER having come before the Court on Defendant's Unopposed Motion to Exceed Page Limits (Doc. 45), the Court having reviewed the pleading and being otherwise fully advised, finds that the Motion is well-taken, and is HEREBY GRANTED.

IT IS HEREBY ORDERED that the Defendant shall be permitted to exceed the briefing and exhibit page limits in its Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment in this matter.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

*BROWN LAW FIRM*
*BROWN & GURULÉ*


 /s/Desiree D. Gurulé, 06/07/18___
DESIREE GURULÉ
333 Rio Rancho Blvd., Suite 102
Rio Rancho, NM 87124
(505) 292-9677
(505) 292-9680 (facsimile)
desiree@brownlawnm.com