IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KERRY CUMMING,

    Plaintiff,

vs.                                         Civ. No. 17-376 KG/KBM

QUESTA SCHOOL BOARD OF EDUCATION and
QUESTA INDEPENDENT SCHOOLS,

    Defendants.

## FINAL ORDER OF DISMISSAL AND SUMMARY JUDGMENT

Plaintiff having voluntarily dismissed her claims against Defendant Questa Independent Schools (Doc. 40) and the Court having granted Defendants' Motion for Summary Judgment (Doc. 36) by entering an order contemporaneously with this Final Order of Dismissal and Summary Judgment,

IT IS ORDERED that

1. Plaintiff's claims against Defendant Questa Independent Schools are dismissed with prejudice;

2. summary judgment is entered in favor of Defendant Questa School Board of Education;

3. Plaintiff's claims against Defendant Questa School Board of Education are dismissed with prejudice; and

4. this lawsuit is now terminated in its entirety.

_____
UNITED STATES DISTRICT JUDGE