# Paul Baca Professional Court Reporters

*P.O. Box 1868 - Albuquerque, NM 87103*
*(505) 843-9241 - (505) 843-9242 (Fax) - www.paulbacaprofessionalcourtreporters.com*

| Bill To |
|---|
| Brown and Gurule |
| Attorneys at Law |
| 3777 The American Rd NE - Suite 100 |
| Albuquerque, New Mexico 87114 |

| Tax I.D. | Date | Invoice # |
|---|---|---|
| [redacted] | 11/30/2017 | 21104 |

| Attention To: |
|---|
| DESIREE GURULE |

| Rep | JG |
|---|---|

| Description | Qty. | Amount |
|---|---|---|
| Kerry Cumming v Questa Schools Board of Education, No. CV-00376 KG/KBM | | |
| Deposition of Kerry Cumming taken 11-27-17 | | |
| Original & One Copy of Transcript - 172 Pages | 172 | 765.40 |
| Exhibits - 260 | 260 | 78.00 |

| Payments/Credits | $0.00 |
|---|---|
| Balance Due | $906.66 |

| Subtotal | $843.40 |
|---|---|
| Sales Tax (7.5..) | $63.26 |
| Invoice Total | $906.66 |

# INVOICE

D&R Reporting & Video, Inc.
Metropolitan Building
400 N. Walker
Suite 160
Oklahoma City, OK 73102
Phone:405-235-4106  Fax:405-235-4115

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118869 | 12/7/2017 | 27193 |
| Job Date | Case No. | |
| 11/29/2017 | | |
| Case Name | | |
| Cumming v. Questa Schools Board of Education | | |
| Payment Terms | | |
| Due upon receipt | | |

Desiree Gurule
Brown & Gurulé, LLC
3777 The American Rd. NW, Suite 100
Albuquerque, NM 87114

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Dr. Brian Levy                                                                                     549.54
Dr. Brian Levy - VIDEO                                                                             325.00

**TOTAL DUE  >>>          $874.54**

All billing questions should be addressed within 15 days of receipt of invoice otherwise the billing will be considered accepted as billed.

Thank you for choosing D&R Reporting & Video, Inc., for all your litigation support needs. We appreciate your business.

Tax ID:                                                                                         505-292-9677   Fax:

*Please detach bottom portion and return with payment.*

Desiree Gurule
Brown & Gurulé, LLC
3777 The American Rd. NW, Suite 100
Albuquerque, NM 87114

Invoice No.   : 118869
Invoice Date  : 12/7/2017
**Total Due**     : **$ 874.54**

Remit To: **D&R Reporting & Video, Inc.**
**Metropolitan Building**
**400 N. Walker**
**Suite 160**
**Oklahoma City, OK 73102**

Job No.     : 27193
BU ID       : 1-MAIN
Case No.    :
Case Name   : Cumming v. Questa Schools Board of Education

# Paul Baca Professional Court Reporters

*P.O. Box 1868 - Albuquerque, NM 87103*
*(505) 843-9241 - (505) 843-9242 (Fax) - www.paulbacaprofessionalcourtreporters.com*

| Bill To | | Tax I.D. | Date | Invoice # |
|---|---|---|---|---|
| Brown and Gurule<br>Attorneys at Law<br>3777 The American Rd NE - Suite 100<br>Albuquerque, New Mexico 87114 | | ▮ | 1/29/2018 | 21460 |

| Attention To: |
|---|
| DESIREE GURULE |

| Rep | JG |
|---|---|

| Description | Qty. | Amount |
|---|---|---|
| Kerry Cumming v Questa School Board, No. CV-00376 KG/KBM<br>Deposition of Roy Herrera taken 01-25-18 | | |
| One Copy of Transcript - 64 Pages | 64 | 156.80 |
| Exhibits - 16 | 16 | 4.80 |
| Postage | 1 | 4.65 |

| Payments/Credits | $0.00 |
|---|---|
| Balance Due | $178.72 |

| Subtotal | $166.25 |
|---|---|
| Sales Tax (7.5..) | $12.47 |
| Invoice Total | $178.72 |

# Paul Baca Professional Court Reporters

*P.O. Box 1868 - Albuquerque, NM 87103*
*(505) 843-9241 - (505) 843-9242 (Fax) - www.paulbacaprofessionalcourtreporters.com*

| Bill To |
|---|
| Brown and Gurule |
| Attorneys at Law |
| 3777 The American Rd NE - Suite 100 |
| Albuquerque, New Mexico 87114 |

| Tax I.D. | Date | Invoice # |
|---|---|---|
| ■ | 2/16/2018 | 21587 |

| Attention To: |
|---|
| DESIREE GURULE |

| Rep | CM |
|---|---|

| Description | Qty. | Amount |
|---|---|---|
| Kerry Cumming v Questa School Board of Education, No. CV-00376 KG/KBM | | |
| Deposition of Martha Sanchez taken 02-09-18 | | |
| One Copy of Transcript - 73 Pages | 73 | 193.45 |
| Exhibits - 15 | 15 | 4.50 |

| Payments/Credits | $0.00 |
|---|---|
| Balance Due | $212.80 |

| Subtotal | $197.95 |
|---|---|
| Sales Tax (7.5..) | $14.85 |
| Invoice Total | $212.80 |

# Bill

The Brown Law Firm, Brown & Gurulé, LLC
3777 The American Road NW
Suite 100
Albuquerque, NM 87114

| Date | Ref. No. |
|---|---|
| 11/04/2017 | Witness Fee |

**Vendor**

Dr. Brian Levy
Brian Levy, M. D.
124 N. Bryant Avenue Suite C4
Edmond, OK 73034



| | |
|---|---|
| Bill Due | 11/14/2017 |
| Terms | |
| Memo | ▇▇▇ Cumming - Witness Fee |

# Expenses

| Account | Memo | Amount | Customer:Job | Class |
|---|---|---|---|---|
| Recoverable Expenses | ▇▇▇ Cumming - Witness Fee | 95.00 | | |

Expense Total : 95.00

**Bill Total :**  **$95.00**

View Check Copies - Search for a Check - Wells Fargo



# WELLS FARGO

Welcome

Accounts   Brokerage   Transfer & Pay   Plan & Learn   Security & Support

# View Check Copies - Search for a Check

**Check Number**

2289

**Date Posted**

11/30/17

**Check Amount**

$95.00

**Account Number**



Flip           Zoom

A printerâfriendly version of this image will automatically print when you print this image from your